UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH    )
& WELFARE TRUST FUND; CARPENTERS      )
PENSION FUND OF ILLINOIS; CARPENTERS  )
RETIREMENT SAVINGS FUND OF ILLINOIS;  )
CENTRAL ILLINOIS CARPENTERS           )
RETIREMENT SAVINGS FUND;              )
MID-CENTRAL ILLINOIS REGIONAL         )
COUNCIL OF CARPENTERS – JOINT         )
APPRENTICESHIP & TRAINING             )
COMMITTEE; WEST CENTRAL ILLINOIS      )
BUILDING & CONSTRUCTION TRADES        )
COUNCIL; MID-CENTRAL ILLINOIS         )
REGIONAL COUNCIL OF CARPENTERS;       )
MID-CENTRAL MILLWRIGHT                )
CONTRACTORS ASSOCIATION;              )
CARPENTERS INTERNATIONAL TRAINING     )
FUND; CARPENTERS LABOR MANAGEMENT )
EDUCATION & DEVELOPMENT FUND;         )
MID-CENTRAL ILLINOIS REGIONAL         )
COUNCIL OF CARPENTERS PROMOTIONAL )
FUND; MID-CENTRAL ILLINOIS            )
CARPENTERS JOINT LABOR MANAGEMENT)
SUBSTANCE ABUSE TESTING AND           )
ASSISTANCE FUND; TRI-COUNTY LABOR     )
MANAGEMENT COUNCIL; CHICAGO           )
REGIONAL COUNCIL APPRENTICE           )
TRAINING PROGRAM; UNITED              )
BROTHERHOOD OF CARPENTERS             )
NATIONAL APPRENTICESHIP & SAFETY      )
FUND; NORTHWEST ILLINOIS BUILDING     )
TRADES; CONSTRUCTION INDUSTRY         )
ADVANCEMENT FUND; CARPENTERS          )
WORKING DUES; CARPENTERS LOCAL        )
UNION NO. 183; CARPENTERS LOCAL       )

| | |
|---|---|
| UNION NO. 558; CARPENTERS LOCAL  )<br>UNION NO. 687; CARPENTERS LOCAL  )<br>UNION NO. 790; CARPENTERS LOCAL  )<br>UNION NO. 916; CARPENTERS LOCAL  )<br>UNION NO. 2087,                                )<br>                                                           )<br>                    Plaintiffs,                       )<br>                                                           )<br>           vs.                                             )<br>                                                           )<br>CEDAR CREEK CARPENTRY, INC.,   )<br>                                                           )<br>                    Defendants.                     )  | No. 11-3204 |

# OPINION

SUE E. MYERSC0UGH, U.S. District Judge:

The Court now considers Plaintiffs' Motion For Default Judgment (Motion) (d/e 9) pursuant to Fed.R.Civ.P. 55. In support of its motion, Plaintiff states as follows:

1. The Complaint in this matter was filed on July 11, 2011.

2. On August 29, 2011, Defendant was duly served with the Complaint and Summons.

3. The Defendant has failed to timely file a responsive pleading.

4. An Order of Default against Cedar Creek Carpentry, Inc., was entered on October 19, 2011.

In light of these facts, the Court finds that Plaintiffs are entitled to the fees,

costs, and damages listed in the Motion.  Therefore:

    A.    Plaintiff's Motion for Default Judgment (d/e 9) is GRANTED;

    B.    Judgment is entered in favor of Plaintiff, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND and the other Count I Plaintiffs and against the Defendant, CEDAR CREEK CARPENTRY, INC., in the sum of $45,431.75 (consisting of delinquent contributions of $38,921.36, plus liquidated damages of $7,784.39, plus interest of $3,646.19, plus audit costs of $1,485.81, plus reasonable attorneys' fees and costs of $2,094.00, minus a credit of $8,500.00 for payments received or collected); and

    C.    Judgment is entered in favor of Plaintiffs, CARPENTERS PENSION FUND OF ILLINOIS and CARPENTERS RETIREMENT SAVINGS FUND OF ILLINOIS, and the other Count II Plaintiffs and against the Defendant, CEDAR CREEK CARPENTRY, INC., in the sum of $31,013.85 (consisting of delinquent contributions of $53,346.12, plus liquidated damages of $5,334.61, plus interest of $3,150.54, plus additional interest of $1,672.62, plus audit costs of $991.65, plus reasonable attorneys' fees and costs of $2,191.00, minus a credit of $35,672.69 for payments received or collected).

Entered this 6th day of December, 2011

    FOR THE COURT:

                                    s/ Sue E. Myerscough
                                  SUE E. MYERSCOUGH
                                UNITED STATES DISTRICT JUDGE